**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Northern _____ District of __Illinois__
                                  (State)

Case number (*If known*): _____ Chapter __11__ (Subchapter V)

☐ Check if this is an amended filing

---

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

---

**1. Debtor's name**

Alpha Agricultural Builders Inc.

---

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

---

**3. Debtor's federal Employer Identification Number (EIN)**

8 4 - 2 6 7 8 0 4 5

---

**4. Debtor's address**

**Principal place of business**

111 5th Avenue
Number     Street

Rochelle, IL 61068
City          State   ZIP Code

Ogle
County

**Mailing address, if different from principal place of business**

Number     Street

P.O. Box

City          State   ZIP Code

**Location of principal assets, if different from principal place of business**

Number     Street

City          State   ZIP Code

---

**5. Debtor's website (URL)**

---

Debtor _____     Case number (if known)_____
     Name

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

_2_ _3_ _6_ _2_

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, and **it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor _____    Case number *(if known)*_____
        *Name*

9.  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

    If more than 2 cases, attach a separate list.

    ☑ No
    ☐ Yes.  District _____  When _____  Case number _____
                                          MM / DD / YYYY
             District _____  When _____  Case number _____
                                          MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☑ No
    ☐ Yes.  Debtor _____  Relationship _____
             District _____  When _____
                                                    MM / DD / YYYY
             Case number, if known _____

11. **Why is the case filed in *this* district?**

    *Check all that apply:*

    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☑ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** *(Check all that apply.)*

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?**_____
                            Number        Street

                            _____

                            _____
                            City                          State ZIP Code

    **Is the property insured?**

    ☐ No
    ☐ Yes. Insurance agency _____

          Contact name _____

          Phone _____

**Statistical and administrative information**

Debtor _____    Case number (if known)_____
        Name

| | | |
|---|---|---|

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☑ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING –** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _08_/_24_/_2020_
               MM  / DD / YYYY

✗ _Luis_____          _Luis A Garcia_____
Signature of authorized representative of debtor          Printed name

Title _President_____

Debtor _____   Case number (if known) _____
          Name

**18. Signature of attorney**   ✗ _____   Date   08/24/2020
                                   Signature of attorney for debtor              MM  / DD / YYYY

George P. Hampilos
_____
Printed name
Hampilos & Associates, Ltd.
_____
Firm name
308 West State Street, Suite 210
_____
Number     Street
Rockford _____   IL ____ 61101 ____
City                                State    ZIP Code

815-962-0044 _____   george@hampiloslaw.com
Contact phone                      Email address

6210622 _____   IL _____
Bar number                          State

**Fill in this information to identify the case and this filing:**

Debtor Name  Alpha Agricultural Builders, Inc.

United States Bankruptcy Court for the: Northern _____ District of  IL
                                                                (State)

Case number (if known):  _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING — Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/24/2020        ✗ _Luis Garcia_____
             MM / DD / YYYY           Signature of individual signing on behalf of debtor

                                 Luis A Garcia_____
                                 Printed name

                                 President_____
                                 Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Alpha Agricultural Builders, Inc. |
| United States Bankruptcy Court for the: | Northern        District of IL |
| | (State) |
| Case number (If known): | _____ |

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Acuity<br>PO Box 58<br>Sheboygan, WI 53082 | | | | | | $99.00 |
| 2 | Com Ed<br>PO Box 6111<br>Carol Stream, IL 60197 | | | | | | $26.81 |
| 3 | Comcast<br>PO Box 4928<br>Oak Brook, IL 60522 | | | | | | $11.04 |
| 4 | Comcast 31991<br>PO Box 4928<br>Oak Brook, IL 60522 | | | | | | $172.62 |
| 5 | Commercial<br>Capital Company<br>13910 W 96th Terrace<br>Lenexa, KS 66215 | | | | | | $1919.50 |
| 6 | Delta Financial<br>Service, Inc.<br>226 N West Ave Ste 205<br>Elmhurst, IL 60126 | | | | | | $895.00 |
| 7 | Foundation<br>17999 Foltz Industrial Pkwy<br>Strongsville, OH 44149 | | | | | | $1158.79 |
| 8 | Gregorio Aldana<br>319 S 3rd Street<br>Rochelle, IL 61068 | | | | | | $ 714.00 |

Debtor _____     Case number (if known)_____
            Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  Miguel Vicente Ramos<br>319 S 3rd Street<br>Rochelle, IL 61068 | | | | | | $673.40 |
| 10  Ohio Bureau of Workers Comp<br>PO Box 89492<br>Cleveland, OH 44101 | | | | | | $128.46 |
| 11  Raul Cruz<br>319 S 3rd Street<br>Rochelle, IL 61068 | | | | | | $1403.60 |
| 12  Sanford Health<br>PO Box 5070<br>Sioux Falls, SD 57117 | | | | | | $81.00 |
| 13  Santos Salazar-Garcia<br>319 S 3rd Street<br>Rochelle, IL 61068 | | | | | | $1768.20 |
| 14  Tax Management Consultants, Inc.<br>5300 Main Street<br>Downers Grove, IL 60515 | | | | | | $9527.50 |
| 15  Terrace Heights<br>PO Box 94<br>Brandon, SD 57005 | | | | | | $2970.00 |
| 16  Travelers Insurance<br>PO Box 1515<br>Spokane, WA 99210 | | | | | | $12,998.00 |
| 17  US Cellular<br>Dept 0205<br>Palatine, IL 60055 | | | | | | $37.03 |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

**Fill in this information to identify the case:**

Debtor name  Alpha Agricultural Builders, Inc.

United States Bankruptcy Court for the: Northern        District of  IL
                                                                    (State)

Case number (If known): _____

☐ Check if this is an
   amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    12/15

**Part 1:**  **Summary of Assets**

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
       Copy line 88 from *Schedule A/B* ..................................................................    $ _____ 0.00

   1b. **Total personal property:**
       Copy line 91A from *Schedule A/B* .................................................................    $ _____ 246,246.93

   1c. **Total of all property:**
       Copy line 92 from *Schedule A/B* ..................................................................    $ _____ 246,246.93

**Part 2:**  **Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ............    $ _____ 82,345.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F* ..................................    $ _____ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ....................    + $ _____ 34,583.95

4. **Total liabilities** ...............................................................................    $ _____ 116,928.95
   Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name   Alpha Agricultural Builders, Inc.

United States Bankruptcy Court for the:   Northern   District of   IL
                                                               (State)

Case number (If known): _____

☐ Check if this is an
  amended filing

**Official Form 206A/B**

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

2. **Cash on hand**     $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Central Bank of Illinois | Checking | 3 8 6 4 | $ 22,000.00 |
| 3.2. | | ___ ___ ___ ___ | $ |

4. **Other cash equivalents** *(Identify all)*

| 4.1. | $_____ |
|---|---|
| 4.2. | $_____ |

5. **Total of Part 1**     $ 22,000.00

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**   \*See attached additional page

Description, including name of holder of deposit

| 7.1. Errett Warehousing LLC 111 5th Ave Rochelle, IL 61068 3/13/20- | $ 4,000.00 |
|---|---|
| 7.2. Seldal Properties LLC 319 S 3rd #1 & #4, Rochelle, IL 61068 5/1/2020-5/1/2021 | $ 1,390.00 |

Debtor    __Alpha Agricultural Builders, Inc._____    Case number (if known)_____
　　　　　　Name

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____    $_____

8.2._____    $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $_____16,345.00

---

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

Current value of debtor's interest

**11. Accounts receivable**

| | | | | Current value of debtor's interest |
|---|---|---|---|---|
| 11a. 90 days old or less: | 172260.28 <br> face amount | – | 25839.04 <br> doubtful or uncollectible accounts | = ➔ $ 146,421.24 |
| 11b. Over 90 days old: | 14806.90 <br> face amount | – | 13326.21 <br> doubtful or uncollectible accounts | = ➔ $ 1,480.69 |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $_____147,901.93

---

**Part 4:    Investments**

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1._____    _____    $_____

14.2._____    _____    $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:    % of ownership:

15.1._____    _____%    _____    $_____

15.2._____    _____%    _____    $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____    _____    $_____

16.2._____    _____    $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $_____0.00

---

| Debtor | Alpha Agricultural Builders, Inc. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

## Part 5:  Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | ___ / ___ / _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | | | | |
| _____ | ___ / ___ / _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | ___ / ___ / _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** | | | | |
| _____ | ___ / ___ / _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____ 0.00

**24. Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____ Valuation method _____ Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

---

Debtor     Alpha Agricultural Builders, Inc._____     Case number (if known)_____
           Name

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.                                       $_____0.00

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 3 desks | $ 14,873.41 | Purchase value | $ 6,000.00 |
| **40. Office fixtures** | | | |
| | $ | | $ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 3 computers, 1 printer, telephones | $ | | $ |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | $ | | $ |
| 42.2 | $ | | $ |
| 42.3 | $ | | $ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.                                       $_____6,000.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    Alpha Agricultural Builders, Inc.
          Name

Case number (if known)_____

---

## Part 8:    Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 2007 Ford Econoline E350 S | $_____ | _____ | $      4,000.00 |
| 47.2 2010 Chevrolet Express | $_____ | _____ | $      5,000.00 |
| 47.3 2011 Ford Ecoline | $_____ | _____ | $      3,000.00 |
| 47.4 2012 Chevrolet Express 3500 | $_____ | _____ | $      8,500.00 |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| Miscellaneous tools/trailers (see list) | $   43,780.28 | Purchase Value | $     20,000.00 |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| | |
|---|---|
| | $      54,000.00 |

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor ___Alpha Agricultural Builders, Inc._____  Case number (if known)_____
       Name

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1_____ | _____ | $_____ | _____ | $_____ |
| 55.2_____ | _____ | $_____ | _____ | $_____ |
| 55.3_____ | _____ | $_____ | _____ | $_____ |
| 55.4_____ | _____ | $_____ | _____ | $_____ |
| 55.5_____ | _____ | $_____ | _____ | $_____ |
| 55.6_____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

        $_____0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

        $_____0.00

Debtor    <u>Alpha Agricultural Builders, Inc.</u>    Case number (if known)_____
          Name

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**
☐ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☐ No
☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.
☑ No. Go to Part 12.
☐ Yes. Fill in the information below.

|  |  | **Current value of debtor's interest** |
|---|---|---|

71. **Notes receivable**
Description (include name of obligor)

_____    –    _____    = ➔    $_____
                      Total face amount        doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    $_____
_____    Tax year _____    $_____
_____    Tax year _____    $_____

73. **Interests in insurance policies or annuities**

_____                         $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____                         $_____
**Nature of claim**    _____
**Amount requested**    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                         $_____
**Nature of claim**    _____
**Amount requested**    $_____

76. **Trusts, equitable or future interests in property**

_____                         $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____                         $_____
_____                         $_____

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.    $_____0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor    **Alpha Agricultural Builders, Inc.**
　　　　　　Name

Case number (if known)_____

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 22,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 16,345.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 147,901.93 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 6,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 54,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ......................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. .........................91a. | $ 246,246.93 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................................... $ 246,246.93

<u>Alpha Agricultural Builders, Inc.</u>
<u>Chapter 11 Subchapter V</u>
<u>Schedule A/B Additional Page 1 of 2</u>

## **Part 2**

7.3     Terrace Heights SD Apartments (3)
        608 W Rice St Apt #105, 208, and 107
        Sioux Falls, SD 57104
        10/1/2020-2/1/2021
        $2,970.00

7.4     Brookings Property Management
        504 Medary Avenue
        Brookings, SD 57006
        7/31/2020–
        $2,800.00

7.5     AEHN LLC
        1319 24th Street NW #206, 208, 402, 403, 407, 208, 305, 504, 507
        Minnesota
        8/15/2020–
        $4,500.00

7.6     Seldal Properties
        103 West McConaughy Avenue #E7
        Rochelle, IL 61068
        8/8/2020-1/31/2021
        $685.00

## **Part 8**

47.5    2012 Chevrolet Express 3500
        $3,500.00

47.6    2002 Strickland Semi-Trailer
        $1,200.00

47.7    2000 Wanc Semi Trailer
        $1,200.00

47.8    2002 Atlas Enclosed Trailer
        $1,200.00

Alpha Agricultural Builders, Inc.
Chapter 11 Subchapter V
Schedule A/B Additional Page 2 of 2

47.9   2012 GMC Sierra K
$1,500.00

47.10  2018 Atlas Cargo
$2,800.00

47.11  2018 Atlas Cargo
$2,800.00

47.12  2018 Atlas Cargo
$2,800.00

47.13  2018 Atlas Cargo
$2,800.00

47.17  Snowplow
$800.00

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name __Alpha Agricultural Builders, Inc.__

United States Bankruptcy Court for the: __Northern__    District of __IL__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1** Creditor's name
__Central Bank of Illinois__

Describe debtor's property that is subject to a lien
__Security deposits; vehicles; equipment;__
__office furnishings__

$ ___42,345.00___    $ _____

Creditor's mailing address
340 May Mart Dr.
Rochelle, IL 61068

Describe the lien
_____

Creditor's email address, if known
_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Date debt was incurred _____

Last 4 digits of account number __ __ __ __

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____
_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** Creditor's name
__Iowa Falls State Bank__

Describe debtor's property that is subject to a lien
Office equipment, tools, vehicles (disputed)

$ ___40,000.00___    $ _____

Creditor's mailing address
601 Washington Avenue
Iowa Falls, IA 50126

Describe the lien
Possible UCC filing on equipment but not  vehicles.

Creditor's email address, if known
_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Date debt was incurred _____

Last 4 digits of account number __ __ __ __

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ ___82,345.00___

Fill in this information to identify the case:

Debtor   __Alpha Agricultural Builders, Inc._____

United States Bankruptcy Court for the: __Northern_____   District of __IL_____
                                                                              (State)

Case number _____
(If known)

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

**1.  Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

**2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ _____ | $ _____ |

**2.1** Priority creditor's name and mailing address

_____
_____
_____

Date or dates debt was incurred

_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☐ No
☐ Yes

Total claim  $ _____
Priority amount  $ _____

**2.2** Priority creditor's name and mailing address

_____
_____
_____

Date or dates debt was incurred

_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (qqqqq)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☐ No
☐ Yes

$ _____
$ _____

**2.3** Priority creditor's name and mailing address

_____
_____
_____

Date or dates debt was incurred

_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☐ No
☐ Yes

$ _____
$ _____

Debtor    Alpha Agricultural Builders, Inc.                          Case number (if known)_____
           Name

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

Acuity

PO Box 58
Sheboygan, WI 53082

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 99.00

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address

Com Ed

PO Box 6111
Carol Stream, IL 60197

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 26.81

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address

Comcast

PO Box 4928
Oak Brook, IL 60522

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 11.04

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address

Comcast 31991

PO Box 4928
Oak Brook, IL 60522

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 172.62

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address

Commercial Capital Company

13910 W 96th Terrace
Lenexa, KS 66215

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 1,919.50

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address

Delta Financial Service, Inc.

226 N West Avenue Suite 205
Elmhurst, IL 60126

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 895.00

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page ___ of ___

| Debtor | Alpha Agricultural Builders, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.__**

**Nonpriority creditor's name and mailing address**

Foundation

17999 Foltz Industrial Parkway
Strongsville, OH 44149

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 1,158.79

---

**3.__**

**Nonpriority creditor's name and mailing address**

Gregorio Aldana

319 S 3rd Street
Rochelle, IL 61068

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 714.00

---

**3.__**

**Nonpriority creditor's name and mailing address**

Miguel Vicente Ramos

319 S 3rd Street
Rochelle, IL 61068

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 673.40

---

**3.__**

**Nonpriority creditor's name and mailing address**

Ohio Bureau of Workers Comp

PO Box 89492
Cleveland, OH 44101

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 128.46

---

**3.__**

**Nonpriority creditor's name and mailing address**

Raul Cruz

319 S 3rd Street
Rochelle, IL 61068

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 1,403.60

---

Debtor _____     Case number *(if known)*_____
        Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.___  **Nonpriority creditor's name and mailing address**

Sanford Health

PO Box 5070
Sioux Falls, SD 57117

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$                81.00

---

3.___  **Nonpriority creditor's name and mailing address**

Santos Salazar-Garcia

319 S 3rd Street
Rochelle, IL 61068

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$              1,768.20

---

3.___  **Nonpriority creditor's name and mailing address**

Tax Management Consultants, Inc.

5300 Main Street
Downers Grove, IL 60515

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$              9,527.50

---

3.___  **Nonpriority creditor's name and mailing address**

Terrace Heights

PO Box 94
Brandon, SD 57005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$              2,970.00

---

3.___  **Nonpriority creditor's name and mailing address**

Travelers Insurance

PO Box 1515
Spokane, WA 99210

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$             12,998.00

---

| Debtor | | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.___  **Nonpriority creditor's name and mailing address**

US Cellular

Dept. 0205
Palatine, IL 60055

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$                    37.03

**Basis for the claim:** _____

Date or dates debt was incurred        _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.___  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____

**Basis for the claim:** _____

Date or dates debt was incurred        _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.___  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____

**Basis for the claim:** _____

Date or dates debt was incurred        _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.___  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____

**Basis for the claim:** _____

Date or dates debt was incurred        _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.___  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____

**Basis for the claim:** _____

Date or dates debt was incurred        _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor  _Alpha Agricultural Builders, Inc._____  Case number (if known)_____
Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5. Add the amounts of priority and nonpriority unsecured claims.

|  | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $_____ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $_____ 34,583.95 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $_____ 34,583.95 |

**Fill in this information to identify the case:**

Debtor name  Alpha Agricultural Builders, Inc.

United States Bankruptcy Court for the: Northern        District of  IL
                                                                    (State)

Case number (if known): _____        Chapter  11

☐ Check if this is an
   amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

   State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Active job | Farmer Boy<br>2994 South Madden Road<br>Hustontown, PA 17229 |
| | State the term remaining | Start date 11/11/2019 | |
| | List the contract number of any government contract | 19-060 | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Active job | Dan Koster<br>101 S Stonehill Rd<br>Chana, IL 61015 |
| | State the term remaining | Start date 4/1/2020 | |
| | List the contract number of any government contract | 20-007 | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Active job | Longhorn<br>29944 Irish Grove Church Ave<br>Greenview, IL 62642 |
| | State the term remaining | Start date 4/29/2020 | |
| | List the contract number of any government contract | 20-015 | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Active job | Longhorn<br>16942 Rogge Rd<br>Tallula, IL 62688 |
| | State the term remaining | Start date 5/12/2020 | |
| | List the contract number of any government contract | 20-018 | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | Active job | Farmer Boy<br>2585 Pheasant Ridge Rd<br>Lewisburg, PA 17837 |
| | State the term remaining | Start date 6/18/2020 | |
| | List the contract number of any government contract | 20-021 | |

Debtor    Alpha Agricultural Builders, Inc.    Case number (if known)_____
_____Name_____

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2._ | State what the contract or lease is for and the nature of the debtor's interest | Active job | Farmer Boy |
|---|---|---|---|
| | State the term remaining | Start date 7/20/2020 | 1045 Joe Hill Road |
| | List the contract number of any government contract | 20-024 | Roaring Branch, PA 17765 |

| 2._ | State what the contract or lease is for and the nature of the debtor's interest | Active job | Farmer Boy |
|---|---|---|---|
| | State the term remaining | Start date 7/2/2020 | 28254 Egypt Pike Rd |
| | List the contract number of any government contract | 20-026 | New Holland, OH 43145 |

| 2._ | State what the contract or lease is for and the nature of the debtor's interest | Active job | Longhorn |
|---|---|---|---|
| | State the term remaining | Start date 7/1/2020 | 43997 155th Lane |
| | List the contract number of any government contract | 20-027 | Nebo, IL 62355 |

| 2._ | State what the contract or lease is for and the nature of the debtor's interest | Active job | Heartland Builders |
|---|---|---|---|
| | State the term remaining | Start date 7/21/2020 | 535 NW 1250 Rd |
| | List the contract number of any government contract | 20-028 | Chilhowee, MO 64733 |

| 2._ | State what the contract or lease is for and the nature of the debtor's interest | Active job | AG Property |
|---|---|---|---|
| | State the term remaining | Start date 7/27/2020 | 1237 County Road 110 |
| | List the contract number of any government contract | 20-029 | Verdi, MN 56164 |

| 2._ | State what the contract or lease is for and the nature of the debtor's interest | Active job | Dan Koster |
|---|---|---|---|
| | State the term remaining | Start date 7/28/2020 | 3201 West Science Ridge Rd |
| | List the contract number of any government contract | 20-036 | Sterling, IL 61081 |

| 2._ | State what the contract or lease is for and the nature of the debtor's interest | Active job | Longhorn |
|---|---|---|---|
| | State the term remaining | Start date 7/28/2020 | 2762 Leland Rd |
| | List the contract number of any government contract | 20-037 | Leland, IL 60513 |

Debtor _____     Case number (if known)_____
               Name

█ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2._ | State what the contract or lease is for and the nature of the debtor's interest | Active job |
| | | Summit Livestock |
| | | 11550 East Gregory Rd |
| | State the term remaining | Start date 8/6/2020 |
| | | Albany, IN 47320 |
| | List the contract number of any government contract | 20-038 |

| | | |
|---|---|---|
| 2._ | State what the contract or lease is for and the nature of the debtor's interest | Active job |
| | | AG Property |
| | | 1237 County Road 110 |
| | State the term remaining | Start date 8/10/2020 |
| | | Verdi, MN 56164 |
| | List the contract number of any government contract | 20-041 |

| | | |
|---|---|---|
| 2._ | State what the contract or lease is for and the nature of the debtor's interest | Active job |
| | | Longhorn |
| | | 13695 370th N Ave |
| | State the term remaining | Start date 8/12/2020 |
| | | Bradford, IL 61421 |
| | List the contract number of any government contract | 20-042 |

| | | |
|---|---|---|
| 2._ | State what the contract or lease is for and the nature of the debtor's interest | Active job |
| | | AG Property |
| | | 1211 200th St |
| | State the term remaining | Start date 8/12/2020 |
| | | Gladbrook, IA 50635 |
| | List the contract number of any government contract | 20-043 |

| | | |
|---|---|---|
| 2._ | State what the contract or lease is for and the nature of the debtor's interest | Upcoming job |
| | | Brown Family Farm |
| | | Farmer Boy |
| | | 2585 Pheasant Ridge Rd |
| | State the term remaining | 8/10/2020 |
| | | Lewisburg, PA 17837 |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| 2._ | State what the contract or lease is for and the nature of the debtor's interest | Upcoming job |
| | | Howerton Farms |
| | | Heartland Builders |
| | | 535 NW 1250 Rd |
| | State the term remaining | 8/11/2020 |
| | | Chilhowee, MO 64733 |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| 2._ | State what the contract or lease is for and the nature of the debtor's interest | Upcoming job |
| | | Morgan Hill |
| | | AG Property |
| | | 6316 W State Rd 14 |
| | State the term remaining | 8/11/2020 |
| | | Winamac, IN 46996 |
| | List the contract number of any government contract | |

Debtor _____    Case number (if known)_____
         Name

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2._  **State what the contract or lease is for and the nature of the debtor's interest**
Upcoming job
Boerboom Site

**State the term remaining**
8/17/2020

**List the contract number of any government contract**

PALS
3152 300th Street
Marshall, MN 56258

---

2._  **State what the contract or lease is for and the nature of the debtor's interest**
Upcoming job
John Peacock

**State the term remaining**
8/17/2020

**List the contract number of any government contract**

Farmer Boy
8875 South Vandercar Road
Sheperd, MI 48883

---

2._  **State what the contract or lease is for and the nature of the debtor's interest**
Upcoming job
Huron Pork

**State the term remaining**
8/17/2020

**List the contract number of any government contract**

Farmer Boy
8875 South Vandercar Road
Sheperd, MI 48883

---

2._  **State what the contract or lease is for and the nature of the debtor's interest**
Upcoming job
Pitchco

**State the term remaining**
8/17/2020

**List the contract number of any government contract**

Longhorn
6116 E 1950th Ave
Montrose, IL 62445

---

2._  **State what the contract or lease is for and the nature of the debtor's interest**
Upcoming job
Buckwheat

**State the term remaining**
8/19/2020

**List the contract number of any government contract**

AG Property
1237 County Road 110
Lake Benton, MN

---

2._  **State what the contract or lease is for and the nature of the debtor's interest**
Upcoming job
Chicken Tenders Farm

**State the term remaining**
8/24/2020

**List the contract number of any government contract**

Farmer Boy
1045 Joe Hill Rd
Roaring Branch, PA 17765

---

2._  **State what the contract or lease is for and the nature of the debtor's interest**
Upcoming job
Cooper/Deer Run

**State the term remaining**
8/24/2020

**List the contract number of any government contract**

Farmer Boy
17501 CR60
Grover Hill, OH 45849

---

Debtor _____   Case number (if known)_____
　　　　　Name

▌**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| 2._ | State what the contract or lease is for and the nature of the debtor's interest | Upcoming job <br> Wiegand Sow Farm | Longhorn <br> El Paso, IL |
| | State the term remaining | 8/24/2020 | |
| | List the contract number of any government contract | | |
| 2._ | State what the contract or lease is for and the nature of the debtor's interest | Upcoming job <br> Huron Pork | Farmer Boy <br> 8875 South Vandercar Road <br> Sheperd, MI 48883 |
| | State the term remaining | 8/31/2020 | |
| | List the contract number of any government contract | | |
| 2._ | State what the contract or lease is for and the nature of the debtor's interest | Upcoming job <br> John Peacock | Farmer Boy <br> 8875 South Vandercar Road <br> Sheperd, MI 48883 |
| | State the term remaining | 9/1/2020 | |
| | List the contract number of any government contract | | |
| 2._ | State what the contract or lease is for and the nature of the debtor's interest | Upcoming job <br> Hord/Scioto | Farmer Boy <br> 1002 Scioto Chapel Rd <br> Bucyrus, OH 44820 |
| | State the term remaining | 9/1/2020 | |
| | List the contract number of any government contract | | |
| 2._ | State what the contract or lease is for and the nature of the debtor's interest | Upcoming job <br> Rapid Ford Farm | Farmer Boy <br> 1365 Rapid Ford Rd <br> Martinsville, OH 45146 |
| | State the term remaining | 9/1/2020 | |
| | List the contract number of any government contract | | |
| 2._ | State what the contract or lease is for and the nature of the debtor's interest | Upcoming job <br> Hord/Franklin | Farmer Boy <br> 8815 Dry Run Rd <br> Mercersburg, PA 17236 |
| | State the term remaining | 11/2/2020 | |
| | List the contract number of any government contract | | |
| 2._ | State what the contract or lease is for and the nature of the debtor's interest | Upcoming job <br> Litchfield Cage Free Egg Farm | 31717 MN Hwy 22 <br> Litchfield, MN 55355 |
| | State the term remaining | 10/1/2020 | |
| | List the contract number of any government contract | | |

Debtor _____   Case number (if known) _____
       Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2._
State what the contract or lease is for and the nature of the debtor's interest
Apartments
Worker Lodging

State the term remaining
3/13/2020-

List the contract number of any government contract

Errett Warehousing LLC
111 5th Ave
Rochelle, IL 61068

---

2._
State what the contract or lease is for and the nature of the debtor's interest
Apartments
Worker Lodging

State the term remaining
5/1/2020-5/1/2021

List the contract number of any government contract

Seldal Properties LLC
319 S 3rd
Rochelle, IL 61068

---

2._
State what the contract or lease is for and the nature of the debtor's interest
Apartments
Worker Lodging

State the term remaining
10/1/2020-2/1/2021

List the contract number of any government contract

Terrace Heights SD Apartments
608 W Rice Street
Sioux Falls, SD 57104

---

2._
State what the contract or lease is for and the nature of the debtor's interest
Apartments
Worker Lodging

State the term remaining
7/31/2020-

List the contract number of any government contract

Brookings Property Management
504 Medary Ave
Brookings, SD 57006

---

2._
State what the contract or lease is for and the nature of the debtor's interest
Apartments
Worker Lodging

State the term remaining
8/15/2020-

List the contract number of any government contract

AEHN LLC
1319 24th St NW
Minnesota

---

2._
State what the contract or lease is for and the nature of the debtor's interest
Apartments
Worker Lodging

State the term remaining
8/8/2020-1/31/2021

List the contract number of any government contract

Seldal Properties LLC
103 West McConaughy Ave
Rochelle, IL 61068

---

2._
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

---

Official Form 206G       **Schedule G: Executory Contracts and Unexpired Leases**       page ___ of ___

Fill in this information to identify the case:

Debtor name  Alpha Agricultural Builders, Inc.

United States Bankruptcy Court for the:  Northern _____ District of  IL ____
(State)

Case number (If known):  _____

☐ Check if this is an amended filing

**Official Form 206H**

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 Luis Garcia | 3483 Valley Woods Dr. <br> Street <br><br> Cherry Valley, IL 61016 <br> City State ZIP Code | Errett Warehousing | ☐ D <br> ☐ E/F <br> ☑ G |
| 2.2 Luis Garcia | 3483 Valley Woods Dr. <br> Street <br><br> Cherry Valley, IL 61016 <br> City State ZIP Code | Seldal Properties | ☐ D <br> ☐ E/F <br> ☑ G |
| 2.3 Luis Garcia | 3483 Valley Woods Dr. <br> Street <br><br> Cherry Valley, IL 61016 <br> City State ZIP Code | Terrace Heights | ☐ D <br> ☐ E/F <br> ☑ G |
| 2.4 Luis Garcia | 3483 Valley Woods Dr. <br> Street <br><br> Cherry Valley, IL 61016 <br> City State ZIP Code | Brookings Property | ☐ D <br> ☐ E/F <br> ☑ G |
| 2.5 Luis Garcia | 3483 Valley Woods Dr. <br> Street <br><br> Cherry Valley, IL 61016 <br> City State ZIP Code | AEHN LLC | ☐ D <br> ☐ E/F <br> ☑ G |
| 2.6 Luis Garcia | 3483 Valley Woods Dr. <br> Street <br><br> Cherry Valley, IL 61016 <br> City State ZIP Code | Seldal Properties | ☐ D <br> ☐ E/F <br> ☑ G |

Debtor    <u>Alpha Agricultural Builders, Inc.</u>    Case number (if known)_____
Name

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2 — Luis Garcia | 3483 Valley Woods Drive<br>Street<br><br>Cherry Valley, IL 61016<br>City          State          ZIP Code | Central Bank of IL | ☒ D<br>☐ E/F<br>☐ G |
| 2 __ | Street<br><br>City          State          ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2 __ | Street<br><br>City          State          ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2 __ | Street<br><br>City          State          ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2 __ | Street<br><br>City          State          ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2 __ | Street<br><br>City          State          ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2 __ | Street<br><br>City          State          ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2 __ | Street<br><br>City          State          ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |

Fill in this information to identify the case:

Debtor name __Alpha Agricultural Builders, Inc.__

United States Bankruptcy Court for the: __Northern__   District of __IL__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| From the beginning of the fiscal year to filing date: | From 01/01/2020<br>MM / DD / YYYY | to   Filing date | ☑ Operating a business<br>☐ Other _____ | $ _2,394,811.85_ |
| For prior year: | From 01/01/2019<br>MM / DD / YYYY | to   12/31/2019<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $ _265,098.98_ |
| For the year before that: | From _____<br>MM / DD / YYYY | to   _____<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $_____ |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| From the beginning of the fiscal year to filing date: | From _____<br>MM / DD / YYYY | to   Filing date | _____ | $_____ |
| For prior year: | From _____<br>MM / DD / YYYY | to   _____<br>MM / DD / YYYY | _____ | $_____ |
| For the year before that: | From _____<br>MM / DD / YYYY | to   _____<br>MM / DD / YYYY | _____ | $_____ |

Debtor    <u>Alpha Agricultural Builders, Inc.</u>    Case number (if known)_____
          Name

---

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

**3.** **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1 | **Central Bank of Illinois**<br>Creditor's name<br>**340 May Mart Dr**<br>Street<br><br>**Rochelle, IL 61068**<br>City    State    ZIP Code | | $ 17,862.52 | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2 | **Errett Warehouse LLC Series**<br>Creditor's name<br>**PO Box 212**<br>Street<br><br>**Rochelle, IL 61068**<br>City    State    ZIP Code | | $ 12,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Alpha office rent** |

**4.** **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1 | Insider's name<br><br>Street<br><br>City    State    ZIP Code<br><br>**Relationship to debtor** | | $ | |
| 4.2 | Insider's name<br><br>Street<br><br>City    State    ZIP Code<br><br>**Relationship to debtor** | | $ | |

Debtor    Alpha Agricultural Builders, Inc.
          _____    Case number (if known)_____
          Name

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | $ |
| | Creditor's name | | | |
| | Street | | | |
| | City          State    ZIP Code | | | |
| 5.2. | | | | $ |
| | Creditor's name | | | |
| | Street | | | |
| | City          State    ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | $ |
| Creditor's name | | | |
| Street | | | |
| City          State    ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

---

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Iowa Falls State Bank | Dispute over lien rights of tools and vehicles | Iowa District Court for Hardin County | ☑ Pending |
| | | | Name | ☑ On appeal |
| | Case number | | Street | ☐ Concluded |
| | LACV101584 | | City          State    ZIP Code | |
| 7.2. | Case title | | Court or agency's name and address | ☑ Pending |
| | Iowa Falls State Bank | | Iowa Supreme Court | ☑ On appeal |
| | Case number | | Name | ☐ Concluded |
| | 20-0977 | | Street | |
| | | | City          State    ZIP Code | |

---

Debtor    Alpha Agricultural Builders, Inc.                                    Case number (if known)_____
          Name

---

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $_____ |
| Custodian's name | | |
| | Case title | Court name and address |
| Street | | |
| | | Name |
| | Case number | Street |
| City          State      ZIP Code | | |
| | | City         State      ZIP Code |
| | Date of order or assignment | |

---

### Part 4:    Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| **9.1** | | | $_____ |
| Recipient's name | | | |
| Street | | | |
| City          State      ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| **9.2** | | | $_____ |
| Recipient's name | | | |
| Street | | | |
| City          State      ZIP Code | | | |
| Recipient's relationship to debtor | | | |

---

### Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | | |
| | | | $_____ |

---

Debtor    Alpha Agricultural Builders, Inc.
_____    Case number (if known) _____
Name

| Part 6: | Certain Payments or Transfers |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before
the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring,
seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

|  | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | George Hampilos | For Chapter 11 Subchapter V | 08/06/2020 | $ 14,200.00 |
|  | **Address** | bankruptcy |  |  |
|  | 308 West State Street |  |  |  |
|  | Street |  |  |  |
|  | Suite 210 |  |  |  |
|  | Rockford, IL 61101 |  |  |  |
|  | City    State    ZIP Code |  |  |  |
|  | **Email or website address** |  |  |  |
|  | www.hampiloslaw.com |  |  |  |
|  | **Who made the payment, if not debtor?** |  |  |  |

|  | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | George Hampilos | Pre-bankruptcy |  | $ 5,800.00 |
|  | **Address** |  |  |  |
|  | 308 West State Street |  |  |  |
|  | Street |  |  |  |
|  | Suite 210 |  |  |  |
|  | Rockford, IL 61101 |  |  |  |
|  | City    State    ZIP Code |  |  |  |
|  | **Email or website address** |  |  |  |
|  | www.hampiloslaw.com |  |  |  |
|  | **Who made the payment, if not debtor?** |  |  |  |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to
a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
|  |  |  | $ |
| **Trustee** |  |  |  |
|  |  |  |  |

Debtor    Alpha Agricultural Builders, Inc.                                Case number *(if known)*_____
          Name

### 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

|  | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $_____ |
|  |  | _____ |  |  |
|  | **Address** |  |  |  |
|  | Street |  |  |  |
|  | _____ |  |  |  |
|  | _____ |  |  |  |
|  | City       State    ZIP Code |  |  |  |
|  | **Relationship to debtor** |  |  |  |
|  | _____ |  |  |  |
| | | | | |
| | Who received transfer? | _____ | _____ | $_____ |
| 13.2. | _____ | _____ | | |
| | **Address** | | | |
| | Street | | | |
| | _____ | | | |
| | _____ | | | |
| | City       State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

**Part 7:    Previous Locations**

### 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | | Dates of occupancy | | |
|---|---|---|---|---|---|
| 14.1. | 1223 Double Tree | | From | 08/2019 | To   12/2019 |
| | Street | | | | |
| | San Antonio, TX 78264 | | | | |
| | City       State    ZIP Code | | | | |
| 14.2. | 13809 Research Blvd Ste 500 | | From | 01/2020 | To   04/2020 |
| | Street | | | | |
| | Austin, TX 78750 | | | | |
| | City       State    ZIP Code | | | | |

Debtor    Alpha Agricultural Builders, Inc.
          _____          Case number (if known)_____
          Name

---

| Part 8: | Health Care Bankruptcies |
|---|---|

**16. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.1. 

Facility name _____    _____

Street _____    Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.    How are records kept?

_____    Check all that apply:

City    State    ZIP Code    _____    ☐ Electronically
                                                        ☐ Paper

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.2.

Facility name _____    _____

Street _____    Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.    How are records kept?

_____    Check all that apply:

City    State    ZIP Code    _____    ☐ Electronically
                                                        ☐ Paper

---

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

Name of plan    Employer identification number of the plan

_____    EIN: __ __ – __ __ __ __ __ __ __

Has the plan been terminated?

☐ No

☐ Yes

---

Debtor   Alpha Agricultural Builders, Inc.                                      Case number (if known)_____
         Name

---

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Blackhawk Bank <br> Name <br> 2475 N Perryville Rd <br> Street <br><br> Rockford, IL 61107 <br> City   State   ZIP Code | XXXX–0 6 6 3 | ☑ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | 05/14/2020 | $ 19,806.19 |
| 18.2. | _____ <br> Name <br> _____ <br> Street <br><br> _____ <br> City   State   ZIP Code | XXXX–__ __ __ __ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ <br> Name <br> _____ <br> Street <br><br> _____ <br> City   State   ZIP Code | _____ <br> _____ <br><br> **Address** <br> _____ <br> _____ | m _____ <br> _____ <br> _____ | ☐ No <br> ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Errett Warehousing <br> Name <br> 500 N Caron Rd <br> Street <br><br> Rochelle, IL 61068 <br> City   State   ZIP Code | Luis Garcia <br> General Manager <br> Miguel Chavez <br><br> **Address** <br> _____ <br> _____ | Corporate storage building <br> _____ <br> _____ | ☐ No <br> ☑ Yes |

---

Debtor  __Alpha Agricultural Builders, Inc._____    Case number (if known)_____
        Name

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $ |
| Name | | | |
| Street | | | |
| City          State          ZIP Code | | | |

---

**Part 12:    Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

    ☑ No
    ☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State          ZIP Code | | |

23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

    ☑ No
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

Debtor    <u>Alpha Agricultural Builders, Inc.</u>      Case number *(if known)* _____
      Name

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | _____ | _____ |
| Name | Name | _____ | |
| Street | Street | _____ | |
| | | | |
| City   State   ZIP Code | City   State   ZIP Code | | |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. | _____ | EIN: __ __ – __ __ __ __ __ __ __ |
| Name | _____ | Dates business existed |
| Street | _____ | |
| City   State   ZIP Code | | From _____ To _____ |
| 25.2. | _____ | EIN: __ __ – __ __ __ __ __ __ __ |
| Name | _____ | Dates business existed |
| Street | _____ | |
| City   State   ZIP Code | | From _____ To _____ |
| 25.3. | _____ | EIN: __ __ – __ __ __ __ __ __ __ |
| Name | _____ | Dates business existed |
| Street | _____ | |
| City   State   ZIP Code | | From _____ To _____ |

---

Debtor    <u>Alpha Agricultural Builders, Inc.</u>
　　　　　　Name

Case number (if known)_____

---

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|

26a.1. **Delta Financial Service, Inc.**
　　　　Name
　　　　**226 N West Ave**
　　　　Street
　　　　**Suite 205**
　　　　**Elmhurst, IL 60126**
　　　　City　　　　State　　　ZIP Code

From **08/2019** To **08/2020**

| Name and address | Dates of service |
|---|---|

26a.2.
　　　　Name

　　　　Street

　　　　City　　　　State　　　ZIP Code

From _____ To _____

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|

26b.1.
　　　　Name

　　　　Street

　　　　City　　　　State　　　ZIP Code

From _____ To _____

26b.2.
　　　　Name

　　　　Street

　　　　City　　　　State　　　ZIP Code

From _____ To _____

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.1. **Delta Financial Service, Inc.**
　　　　Name
　　　　**226 N West Ave**
　　　　Street
　　　　**Suite 205**
　　　　**Elmhurst, IL 60126**
　　　　City　　　　State　　　ZIP Code

---

Debtor    Alpha Agricultural Builders, Inc.
_____    Case number (if known)_____
          Name

|  | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2. | | |
| | Name | |
| | Street | |
| | City                    State         ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| | Name and address |
|---|---|
| 26d.1. | |
| | Name |
| | Street |
| | City                    State         ZIP Code |
| | Name and address |
| 26d.2. | |
| | Name |
| | Street |
| | City                    State         ZIP Code |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |
| Name and address of the person who has possession of inventory records | | |
| 27.1. | | |
| Name | | |
| Street | | |
| City                    State         ZIP Code | | |

Debtor    Alpha Agricultural Builders, Inc.    Case number (if known)_____
            Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

Name and address of the person who has possession of inventory records

27.2 _____
     Name
     _____
     Street
     _____
     City                    State        ZIP Code

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Luis Garcia | 3483 Valley Woods Dr | President | 100% |
| | Cherry Valley, IL 61016 | | |
| | | | |
| | | | |
| | | | |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ | _____ | _____ | _____ |
| Name | | | |
| _____ | | | |
| Street | | _____ | |
| _____ | | | |
| City            State        ZIP Code | | _____ | |
| Relationship to debtor | | _____ | |
| _____ | | _____ | |

Debtor    <u>Alpha Agricultural Builders, Inc.</u>    Case number *(if known)*_____
Name

---

**Name and address of recipient**

30.2  _____    _____  ____  ____

Name  _____    _____

Street  _____    _____

_____

City                    State        ZIP Code    _____

**Relationship to debtor**    _____

_____

---

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| **Name of the parent corporation** | **Employer Identification number of the parent corporation** |
| --- | --- |
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| **Name of the pension fund** | **Employer Identification number of the pension fund** |
| --- | --- |
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

---

**Part 14:**    **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____
MM  /  DD  / YYYY

✗ _~Luis G~_    Printed name  _Luis A Garcia_
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  _President_

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☑ Yes

---

Alpha Agricultural Builders, Inc.
Chapter 11 Subchapter V
Statement of Financial Affairs Additional Page 1 of 1

## Part 2

3.3    Grand Reyes LLC
       5 De Boll St
       Houston, TX 77022
       $14,200.00
       Transportation for workers

3.4    Internal Revenue Service
       $24,207.39
       Taxes

3.5    Traveler's Insurance
       $6,977.78
       WC Insurance

3.6    Value Place
       $6,893.56
       Lodging for workers