**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | Chapter 11 Proceeding |
| | ) | |
| **ALPHA AGRICULTURAL BUILDERS, INC.,** | ) ) | Case Number 20-81507 |
| | ) | Hon. Thomas M. Lynch |
| Debtor. | ) ) ) ) | |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that on December 22, 2021 at 11:00 a.m., I will appear before the Honorable Thomas M. Lynch, or any judge sitting in his place, and present the Motion of Mariyam Hussain for Leave to Withdraw as Counsel for Wage Claimants, a copy of which is attached. This motion will be presented and heard electronically using Zoom for Government.

No personal appearance at the courthouse is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password**. The meeting ID for this hearing is 160 291 5226 and the password is 852255. The meeting ID and password can also be found on Judge Lynch's webpage on the court's website, https://www.ilnb.uscourts.gov/content/judge-thomas-m-lynch.

If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date.

If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

MARIYAM HUSSAIN

By:     /s/ Mariyam Hussain

## CERTIFICATE OF SERVICE

      I, Mariyam Hussain, certify that service of the attached Motion for Leave to Withdraw as Counsel on all persons identified on the list of parties appearing electronically was accomplished before 5:00 p.m. on December 13, 2021, via Electronic Filing in the Court's CM/ECF system.

                                  /s/ Mariyam Hussain
                                  Mariyam Hussain

Mariyam Hussain (ARDC# 6304816)
Legal Aid Chicago
120 South LaSalle Street, Suite 900
Chicago, Illinois 60603
(312) 341-1070
mhussain@legalaidchicago.org

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| **In re:** ) | **Chapter 11 Proceeding** |
| ) | |
| **ALPHA AGRICULTURAL** ) | **Case Number 20-81507** |
| **BUILDERS, INC.** ) | |
| ) | **Hon. Thomas M. Lynch** |
| **Debtor.** ) | |

## MOTION OF MARIYAM HUSSAIN FOR LEAVE TO
## WITHDRAW AS COUNSEL FOR WAGE CLAIMANTS

Mariyam Hussain ("Hussain"), as one of the attorneys for Rodrigo Martinez Torres, Dario Aguilera Rendon, Luis Alfredo Gamboa Marrero, Melquiades Barron Sandoval, Omar Alonso Esquivel Beltran, Brian Flores Gonzalez, Gerardo Martinez Hernandez, Angel Valentin Estrella Diaz, Gerardo Santillan Hernandez, Arturo Jasso Villalpando, Gerardo Garcia Roldan, Manuel de Jesus Sandoval Medina, Jose Luis Torres Salinas, Rogelio Olivares Rodarte, Martin Castañeda Aranda, Samuel Hidrogo Ruiz, J Remedios Mares Cordova, Guillermo Guevara Mora, Jose Eliseo Hernandez Aranda, Francisco Palos Soto, Edgar Castillo Torres, Manuel Mora Garcia, Marco Cuevas Leal, and Felipe Flores Garcia (the "Wage Claimants") in the above proceedings (the "Chapter 7 Case"), moves this Court for entry of an order, under Local Rule 2091-1, to withdraw as the Wage Claimants' counsel states as follows:

1. On August 25, 2020 (the "Petition Date"), the Debtor commenced its Chapter 11 Cases by filing voluntary petitions for relief under Subchapter V of Chapter 11 of the Bankruptcy Code.

2. On December 14, 2020, the Movant filed an appearance on behalf of the Wage Claimants and Juan Ramon Fernandez Saldana.

3. The Court subsequently allowed the Movant to withdraw as counsel for Juan Ramon Fernandez Saldana.

4. Under Local Rule 2090-5(A)(3) of the U.S. Bankruptcy Court for the Northern District of Illinois, only individual attorneys may appear in its courts.

5. Hussain is leaving Legal Aid Chicago and therefore Hussain is required to withdraw upon her departure from Legal Aid Chicago.

6. Attorneys from Legal Aid Chicago and certain pro bono counsel who have appeared will not withdraw and will continue to represent the Wage Creditors in this case.

7. Hussain does not bring this Motion for improper purposes of delay or harassment.

8. Given the nature of the relief sought, Counsel submit that no further notice is required.

WHEREFORE, Mariyam Hussain prays that the Court grant her leave to withdraw counsel for the Wage Claimants and for such other relief deemed just and proper.

December 13, 2021                              Respectfully submitted,

**MARIYAM HUSSAIN**

By:  /s/ Mariyam Hussain

Mariyam Hussain (ARDC# 6304816)
Legal Aid Chicago
120 South LaSalle Street, Suite 900
Chicago, Illinois 60603
(312) 341-1070
mhussain@legalaidchicago.org