## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| **In the Matter of:** | In Bankruptcy No. **20-81507** |
| **Alpha Agriculture Builders, Inc.** | Chapter 7 |
| Debtor. | |

### NOTICE OF TRUSTEE'S OBJECTION TO THE CONTINGENT ADMINISTRATIVE CLAIM OF SUMMIT ENGINEERING & CONSTRUCTION

Nicole I. Pellerin, the chapter 7 trustee herein (the "Trustee"), by her counsel, gives notice of her objection to the Motion of Summit Engineering & Construction ("Summit") for Contingent Administrative Expense Claim.

Summit's claim is related to the administrative claim motion filed by Spartans Agricultural Builders, Inc., to which the Trustee has also objected (Dkt. 606). The Trustee expects a global resolution of the Spartans and Summit claims.

Dated this 13th of December, 2021

**MURPHY DESMOND S.C.**
Attorneys for Trustee

By: */s/ Nicole I. Pellerin*
Nicole I. Pellerin
WI State Bar #1078892
33 East Main Street Suite 500
P.O. Box 2038
Madison, WI 53701-2038

4865-7541-8886, v. 1